RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/19/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **NKEMJIKA BONLIONEL IKE** <br> **#44981-265** | **CIVIL ACTION NO. 2:11-cv-2024** <br> **SECTION P** |
| **VS.** | |
| **TAMMY RODRIGUEZ, ET AL** | **JUDGE TRIMBLE** <br> **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 19th day of February, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE